**THIRD DIVISION**
**DOYLE, P. J., and MILLER, J.**

NOTICE: Motions for reconsideration must be
*physically received* in our clerk's office within ten
days of the date of decision to be deemed timely filed.
(Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008)
http://www.gaappeals.us/rules/

**April 15, 2013**

# In the Court of Appeals of Georgia

A10A2104. BETHEL v. FLEMING.

MILLER, Judge.

In *Leitch v. Fleming*, 291 Ga. 669 (732 SE2d 401) (2012), the Supreme Court of Georgia reversed the judgment of this Court in *Bethel v. Fleming*, 310 Ga. App. 717 (713 SE2d 900) (2011). Therefore, we vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this Court.

*Judgment reversed. Ellington, C. J., and Doyle, P. J., concur.*